IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**V.**                            **CASE NO. 5:16-CR-50011**

**BARRY GARCIA**                                             **DEFENDANT**

## ORDER

On November 4, 2016, the Court held a competency hearing in this matter, and found by a preponderance of the evidence that Defendant Barry Garcia is now competent to proceed to trial. Accordingly, the Court hereby refers to United States Magistrate Judge Setser the authority to issue further orders to the Bureau of Prisons ("BOP") and the United States Marshal's Service regarding the prompt return of the Defendant to this District for arraignment and trial. Magistrate Judge Setser's order(s) shall include a requirement that special precautions be taken to ensure that the Defendant is maintained on his BOP-prescribed medications without any changes or interruptions while he remains in the custody of the United States Marshal.

**IT IS SO ORDERED** on this 7th day of November, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE