**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**V.**                                               **CASE NO. 5:16-CR-50011**

**BARRY GARCIA**                                                                                 **DEFENDANT**

**ORDER**

Currently before the Court is the Government's Motion to Dismiss the Indictment without prejudice pursuant to Fed. R. Crim. P. 48(a).  (Doc. 40).  The Court finds that dismissal is appropriate.  Therefore the Government's Motion is **GRANTED**, and the Indictment in this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 9th day of February, 2017.


 _/s/ Timothy L. Brooks_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE